

PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

Sandra G. McLamb

March 8, 2005

smclamb@pszyjw.com
(302) 778-6443

Hon. Gregory M. Sleet
District Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington DE 19801-3570

      Re:    **Inacom Corp. v. Aqua Systems, Inc., et al**
               **Case No. 04-604 (GMS)**

Dear Judge Sleet:

      On March 7, 2005, Plaintiff Inacom Corp. et al. and Defendant Aqua Systems, Inc. and Aqua Systems USA, Inc. (the "Parties") reached a consensual resolution of the case. Counsel for the Parties jointly notified the Court on that same day.

      The Parties are now engaged in documenting the settlement. In addition, per the terms of the Debtor's Plan, the settlement must be submitted to the Unsecured Creditor's Committee ("Committee") for objection which was similarly done on March 7, 2005. The members of the Committee will have 5 days to object to the proposed settlement.

      In the interim, the parties requested and the Court removed this matter from its trial schedule for March 14, 2005, and scheduled a telephonic status conference for Wednesday, April 6, 2005, at 2:00 p.m. The Court was amenable to scheduling a new trial date for April 18, 2005, in case the parties are unable to finalize the settlement.

      Once the settlement is finalized, counsel for the Plaintiff will contact chambers immediately to notify Your Honor that the above-requested dates will no longer be required and will promptly file a stipulation of dismissal.

42125-003\DOCS_DE:106302.1



PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

LAW OFFICES

Hon. Gregory M. Sleet
January 13, 2005
Page 2

      Counsel for the Plaintiff and counsel for the Defendant are available at the Court's convenience should the Court have any questions regarding the request.

Respectfully yours,

Sandra G. McLamb, Esquire

SGM:sm
cc:    Joseph Grey, Esquire
        Jacques N. Meshell, Esquire
        Jeffrey P. Nolan, Esquire
        Ms. Marlene Chappe
        File