## **CERTIFICATE OF SERVICE**

I, Sandra G. McLamb, hereby certify that on this ___1___ day of April 2005, I caused a copy of the foregoing *Notice of Court Ordered Telephone Status Conference Scheduled for April 6, 2005, at 1:30 p.m.* to be served on the individual(s) listed below in the manner indicated herein.

| **Hand Delivery** | **Overnight Delivery** |
|---|---|
| Joseph Grey | Jacques N. Meshell |
| Stevens & Lee, P.C. | Attorney & Counselor at Law |
| 1105 North Market Street, 7th Floor | 3669 Park Lane |
| Wilmington, DE 19801 | Coconut Grove, FL 33133 |

_____
Sandra G. McLamb (Bar No. 4283)

*Service List for 4/1/05*
*Inacom Corp. v. Aqua Systems USA, Inc.*
*Adv. No.: 02-04467*
*01- Hand Delivery*
*01 – Overnight Delivery*

**Hand Delivery**
Joseph Grey
Stevens & Lee P.C.
1105 North Market Street
17th Floor
Wilmington, DE  19801


**Overnight Delivery**
Jacques N. Meshell
Attorney & Counselor at Law
3669 Park Lane
Coconut Grove, FL  33133