**PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB**

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

Sandra G. McLamb

April 6, 2005

smclamb@pszyjw.com
(302) 778-6443

Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington DE 19801-3570

    Re:    **InaCom Corp. v. Aqua Systems, Inc.,** *et al.*
           **Case No. 04-604 (GMS)**

Dear Judge Sleet:

    On March 7, 2005, plaintiff, InaCom and defendant, Aqua Systems, Inc. and Aqua Systems USA, Inc., (the "Parties") reached a consensual resolution of the case. Counsel for the Parties jointly notified the Court on that same day.

    In the interim, the parties requested and the Court removed this matter from its trial schedule for March 14, 2005, and scheduled a telephonic status conference for Wednesday, April 6, 2005, at 2:00 p.m. The Court was amenable to scheduling a new trial date for April 18, 2005, in case the parties were unable to finalize the settlement.

    The settlement has been submitted and approved by the Committee in accordance with the plan and order. As the settlement agreement is finalized, and executed by the Parties, the Parties respectfully request the status conference be taken off the calendar and the trial date vacated such that the Parties can await payment in accordance with the settlement agreement and dismissal of the adversary.

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

42125-003\DOCS_DE:106297.1



PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

LAW OFFICES

Honorable Gregory M. Sleet
April 6, 2005
Page 2

      Counsel for the plaintiff and counsel for the defendant are available at the Court's convenience should the Court have any questions regarding the request.

Respectfully yours,

Sandra G. McLamb

SGM:sm

cc:    Joseph Grey (via facsimile - 302-654-5181)
       Jacques N. Meshell (via facsimile – 305-436-3846)