IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1]<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>AQUA SYSTEMS USA INC. and AQUA SYSTEMS, INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 04-604 GMS<br><br>Adversary Case No. 02-04467 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

### NOTICE AND STIPULATION OF
### VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff InaCom Corp., *et al*, on behalf of all affiliated Debtors, and defendants, Aqua Systems USA Inc. and Aqua Systems, Inc., hereby stipulate to the voluntary

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tox, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

dismissal with prejudice of the *Complaint for Avoidance and Recovery of Preferential Transfers* (the "Complaint") in the above-captioned action.

Dated: FeBruary 28, 2006

| | |
|---|---|
| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | JACQUES N. MESHELL, ESQUIRE |
| /s/ Laura Davis Jones | /s/ Jacques N. Meshell |
| Laura Davis Jones (Bar No. 2436) | Jacques N. Meshell, Esquire (FL Bar 244416) |
| Sandra McLamb (Bar No. 4283) | Attorney & Counselor at Law |
| 919 North Market Street, 16th Floor | 3669 Park Lane |
| P.O. Box 8705 | Coconut Grove, FL 33133 |
| Wilmington, DE 19899-8705 (Courier 19801) | Telephone: (305) 665-3434 |
| Telephone: (302) 652-4100 | Facsimile: (305) 436-3846 |
| Facsimile: (302) 652-4400 | |

Andrew W. Caine (Bar No. 110345)
Jeffrey P. Nolan (Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Debtor/Plaintiff

Counsel for Defendants, Aqua Systems USA Inc., and Aqua Systems, Inc.